July 29, 1977.

M. P. No. 77-441. IN RE PETITION OF BENNY AB-BRUZZESE. The petition for writ of certiorari is denied. *Joseph A. Kelley,* for petitioner. *Everett A. Petronio, Edward E. Dillon, Jr., Peter D'Amico,* for respondent.

M. P. No. 77-222. VIDEOSERV, INC., *By James Cardono, Permanent Receiver v.* BRUCE R. LANG. The petition for writ of certiorari is denied. *James Cardono,* for petitioner. *Adler Pollock & Sheehan Incorporated, Robert D. Wieck,* for respondent.

M. P. No. 77-234. THE ORIGINAL HOMESTEAD CAFE, INC. *v.* JOHN H. NORBERG, *Administrator, Division of Taxation for the State of Rhode Island.* The petition for writ of certiorari is denied. The stay previously issued by this court is dissolved. *Thomas W. Pearlman, James J. McGair,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.